IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00164-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RICHARD SANTIAGO;
2.     SILVESTRE MAYORQUI RIVERA,

       Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a close, personal friendship with an attorney appearing in this matter. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this case. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 29th day of March, 2010.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*
                                      Marcia S. Krieger
                                      United States District Judge