# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 10-cr-00164-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
   a/k/a Chuco,
2. SILVESTRE MAYORQUI RIVERA,
   a/k/a Chikali,

    Defendants.

---

## ORDER OF RECUSAL

---

Due to presiding over pre-indictment proceedings involving the above Defendants, the undersigned district judge has gained knowledge of facts relating to the charges in this matter and these parties which warrants her recusal under 28 U.S.C. § 455(b)(1). The Clerk of the Court is directed to reassign this case to another district judge by random draw.

DATED: April  01 , 2010

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLOA
United States District Judge