**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. RICHARD SANTIAGO,
     a/k/a "Chuco," and
2. SILVESTRE MAYORQUI RIVERA,

     Defendants.

## MINUTE ORDER[1]

On **May 17, 2010**, commencing at 10:30 a.m., the court shall conduct a telephonic setting conference to set a hearing on the following motions:

- **Silvestre Mayorqui Rivera's Unopposed Motion For Additional Time To File Motions, For a Continuance of Trial; and Unopposed Motion For an Order Declaring This Matter a Complex Case, Pursuant To 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv)** [#42] filed May 9, 2010; and

- **Richard Santiago's Motion For Additional Time To File Motions, For a Continuance of Trial; and Unopposed Motion For an Order Declaring This Matter a Complex Case, Pursuant To 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv)** [#43] filed May 9, 2010.

Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

Dated: May 10, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.