IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO, and
2. SILVESTRE MAYORQUI RIVERA,

    Defendants.

## HEARINGS SCHEDULING ORDER

**Blackburn, J.**

On June 29, 2010, I conducted a telephonic setting conference. After conferring with counsel and with their concurrence, I set deadlines for filing a response to Santiago's motion [#67][1] and a reply to the government's response [#86], and I set a hearing at which I intend to receive evidence and argument relevant to defendants' respective motions [#65] and [#66]. This order is entered to confirm, expatiate, and supplement the scheduling orders discussed during the setting conference.

**THEREFORE, IT IS ORDERED** as follows:

1. That by July 8, 2010, the government shall file a response to the **Motion for Order Requiring United States Marshals To Provide One Hour Notice to Defendant Prior to Transferring Him From Prison to Court** [#67] filed June 14, 2010, by defendant Santiago;

---

[1] "[#67]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That by July 23, 2010, the defendants shall file their replies to the **Response to Motions To Insure Access to Counsel Pursuant to the Sixth Amendment** [#86] filed June 28, 2010, by the government;

3. That on **September 24, 2010**, commencing at 2:30 p.m., the court shall conduct a hearing to receive evidence and oral argument concerning the issues raised by and inherent to the **Motion To Insure Defendant's Access to Counsel Pursuant to the Sixth Amendment** [#65] filed June 12, 2010, by defendant Mayorqui-Rivera and the **Motion To Ensure Defendant's Access to Counsel Pursuant to the Sixth Amendment** [#66] filed June 14, 2010, by defendant Santiago;

4. That for the hearing on September 24, 2010, which commences at 2:30 p.m., the court reserves the balance of the afternoon (and beyond, if necessary), for evidence and oral argument, with the available time to be allocated as follows:

    a. the parties shall have the first one hour and 15 minutes to present relevant evidence;

    b. thereafter each defendant shall have ten (15) minutes for opening oral argument;

    c. thereafter the government shall have twenty (20) minutes for response; and

    d. thereafter each defendant shall have five (5) minutes for rebuttal argument;

5. That to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants; and

6. That the September 24, 2010, hearing shall be held in the Alfred A. Arraj,

United States Courthouse Annex, 901 19th Street, Denver, Colorado 80294, Courtroom 1001 (tenth floor).

    Done in chambers June 30, 2010, to confirm, expatiate, and supplement the scheduling orders discussed with counsel via telephone on June 29, 2010.

                                        BY THE COURT:

                                        *Bob Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge