# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
2. SILVESTRE MAYORQUI RIVERA,

    Defendants.

## SCHEDULING ORDER

**Blackburn, J.**

On September 24, 2010, commencing at 2:30 p.m., I conducted a hearing to receive evidence and oral argument concerning the issues raised by and inherent to the **Motion To Insure Defendant's Access to Counsel Pursuant to the Sixth Amendment** [#65] filed June 12, 2010, by defendant Mayorqui-Rivera and the **Motion To Ensure Defendant's Access to Counsel Pursuant to the Sixth Amendment** [#66] filed June 14, 2010, by defendant Santiago. I received evidence, but in lieu of argument, I entertained the suggestion of counsel that they be permitted to confer further to attempt to reach an agreement concerning access to the defendants by their counsel. After conferring with counsel and with their concurrence, I set deadlines for filing either a proposed joint schedule or individual schedules addressing the issue of attorney-client access, and I set the next status conference. This order is entered to confirm, expatiate, and supplement the orders discussed and entered during the hearing.

**THEREFORE, IT IS ORDERED** as follows:

1. That by October 18, 2010, the parties shall file either a proposed joint schedule or individual schedules addressing the issue of attorney-client access;

2. That the court reserves its right either to rule on the papers, to require additional briefing, to require additional hearing, or to take whatever action it deems necessary;

3. That the court shall conduct the next status-scheduling conference on November 30, 2010, commencing at 4:00 p.m., at which it will consider, *inter alia*, the exclusion of additional time for trial under the Speedy Trial Act of 1974; and

4. That the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants.

Done in chambers October 5, 2010, to confirm, expatiate, and supplement the orders entered on September 24, 2010.

BY THE COURT:

Robert E. Blackburn
United States District Judge