**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      RICHARD SANTIAGO, and
2.      SILVESTRE MAYORQUI RIVERA,

      Defendants.

**ORDER**

**Blackburn, J.**

On November 30, 2010, I conducted a status conference. After conferring with counsel and with their concurrence, I set a further status conference and excluded the time between November 30, 2010, and the next status conference from the time for a speedy trial under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74 (STA). This order is entered to confirm, expatiate, and supplement the matters discussed during the status conference.

Since the entry of the **Order Granting Defendants' Unopposed Motions To Exclude Time Under the Speedy Trial Act** [#77] on June 18, 2010, the defendants have been busy reviewing and analyzing discovery and conducting their independent investigation of the facts. All parties have been busy preparing to make their respective presentations on December 6, 2010, to the Capital Case Review Committee within the Department of Justice. The government estimates that the Attorney General will make the decision whether to seek a sentence of death as to either defendant by the end of

January, 2011.

After conferring with counsel and considering their respective requests for the exclusion of additional time for trial under the STA, and after considering the factors and provisions of 18 U.S.C. § 3161(h)(7)(B)(i) - (iv), I find and conclude as follows:

(1)  That failure to grant a continuance of trial and filing deadlines beyond the time prescribed by 18 U.S.C. § 3161(c), even as extended by my order [#77], would likely result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(I);

(2) That due to the nature of the prosecution, the case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the STA;

(3)  That even considering due diligence, failure to exclude additional time for a speedy trial would deny counsel for the government and the defendants the reasonable time necessary for effective pretrial and trial preparation within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv);

(4)  That the time between this and the next status conference should be excluded from the computation of the speedy trial time; and

(5)  That, therefore, the ends of justice served by excluding additional time outweighs the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

**THEREFORE, IT IS ORDERED** as follows:

1. That on March 4, 2011, commencing at 4:00 p.m., the court shall conduct a status-setting conference;

2. That the time between November 30, 2010, and March 4, 2011, shall be excluded from the time for a speedy trial under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74;

3. That at the March 4, 2011, status conference, the parties should be prepared to discuss, to the extent practicable, the development of a comprehensive pretrial scheduling order;

5. That to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendants on March 4, 2011; and

6. That the March 4, 2011, status conference shall be held in the Alfred A. Arraj, United States Courthouse Annex, 901 19th Street, Denver, Colorado 80294, Courtroom 1001 (tenth floor).

Done in chambers December 2, 2010, to confirm, expatiate, and supplement the scheduling orders discussed with counsel via telephone on November 30, 2010.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge