**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  SILVESTRE MAYORQUI-RIVERA,

    Defendant.

**ORDER GRANTING *EX PARTE* MOTION FOR AUTHORITY TO
HIRE RESEARCH/WRITING COUNSEL AT REDUCED RATES**

**Blackburn, J.**

The matter before me is defendant Silvestre Mayorqui-Rivera's ***Ex Parte* Motion For Authority To Hire Research/Writing Counsel at Reduced Rates** [#199] filed *ex parte* November 8, 2010. However, as provided in 18 U.S.C. § 3599(f), I do not consider this request or issue this order *ex parte*, because the defendant has not made the requisite showing concerning the need for confidentiality.

Based on the relevant record considered as a whole, I find and conclude as follows. In the main, the motion implicates 18 U.S.C. § 3599. Silvestre Mayorqui-Rivera is charged by indictment with crimes that may be punishable by death. His present and prospective indigency qualifies him for representation and services under 18 U.S.C. § 3599(a)(1). Silvestre Mayorqui-Rivera requests the appointment of a "research/writing counsel" to facilitate the conduct of the significant legal research and preparation of the myriad motions implicated by the nature of the prosecution and defense. The

appointment of such counsel is contemplated and authorized by 18 U.S.C. § 3599(f), which provides in relevant part for the judicial authorization of "other services" when "reasonably necessary for the representation of the defendant." 18 U.S.C. § 3599(f). The appointment of "research/writing counsel" is reasonably necessary for the representation of the defendant. The defendant requests the appointment of Kathryn J. Stimson. Ms. Stimson is a former deputy federal public defender who is experienced in criminal defense and who is a member of the Criminal Justice Act panel for the United States District Court for the District of Colorado. Ms. Stimson is qualified to be appointed as "research/writing counsel" for the defendant. Thus, the motion should be granted under 18 U.S.C. § 3599(f) and (g).

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the *Ex Parte* **Motion For Authority To Hire Research/Writing Counsel at Reduced Rates** [#199] filed *ex parte* November 8, 2010, by defendant, Silvestre Mayorqui-Rivera, is **GRANTED** consistent with the following orders;

      2. That Kathryn J. Stimson is **APPOINTED** as research/writing counsel for defendant, Silvestre Mayorqui-Rivera;

      3. That Kathryn J. Stimson **SHALL BE COMPENSATED** as provided under 18 U.S.C. § 3599(g)(1);

      4. That pursuant to 18 U.S.C. § 3599(g)(2), the fees and expenses of Kathryn J. Stimson **SHALL NOT EXCEED** $7,500, unless payment in excess of that limit is certified by the court;

      5. That a copy of this order shall be served on Kathryn J. Stimson; and

6.  That pursuant to 18 U.S.C. § 3599(f), this order **SHALL NOT BE FILED** *ex parte*.

Dated December 21, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge