**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB-02

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. SILVESTRE MAYORQUI RIVERA,
      a/k/a Chikali

      Defendant.

---

**MINUTE ORDER**[1]

---

By **January 26, 2011**, the government shall file a response to **Defendant Rivera's Motion To Ensure Defendant's Access To Discovery and Counsel Pursuant To The Fifth and Sixth Amendments** [#229] filed January 13, 2011.

      Dated: January 13, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.