**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10-cr-00164-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  RICHARD SANTIAGO,
     a/k/a Chuco, and
2.  SILVESTRE MAYORQUI RIVERA,
     a/k/a Chikali

     Defendant.

---

**MINUTE ORDER**[1]

---

Due to a conflict that has arisen on the court's calendar, the status/scheduling conference set for March 4, 2011, at 4:00 p.m., is **VACATED** and is **CONTINUED** pending further order of court.  On **February 15, 2011**, at 10:30 a.m., the court shall conduct a telephonic setting conference to reset this status/scheduling conference. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

     Dated: January 26, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.