**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD SANTIAGO,
    a/k/a Chuco, and
2. SILVESTRE MAYORQUI RIVERA,
    a/k/a Chikali,

    Defendants.

---

**MINUTE ORDER[1]**

---

On February 15, 2011, the court conducted a setting conference with defense counsel appearing by telephone and counsel for the government appearing in person in chambers. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **March 1, 2011** commencing at 2:30 p.m., the court shall conduct a status hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

Dated: February 15, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.