**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.      RICHARD SANTIAGO, and
2.      SILVESTRE MAYORQUI RIVERA,

    Defendants.

## ORDER EXCLUDING ADDITIONAL TIME UNDER THE SPEEDY TRIAL ACT

**Blackburn, J.**

On April 20, 2011, I conducted a status-setting conference. After conferring with counsel and with their concurrence, I set deadlines for the filing of motions to sever and concomitant responses and excluded the time between now and the filing of any motion to sever from the time for a speedy trial under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74 (STA). This order is entered to confirm, expatiate, and supplement the matters discussed and deadlines set during the status-setting conference.

Since the entry of the order [#301][1] on March 2, 2011, the defendants have discussed with each other and the government the necessity or propriety of severance given their respective circumstances. During the status-setting conference of April 20, 2011, I discussed with counsel the identification and management of some of the various pretrial motions and ilks of pretrial motions likely to be filed. We agreed that the issue of

---

[1] "[#301]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

severance, *vel non*, should be addressed and resolved first. Accordingly, I set deadlines for filing motions to sever and concomitant responses.

Additionally, after conferring with counsel and considering their respective requests and positions for the exclusion of additional time for trial under the STA, and after considering the factors and provisions of 18 U.S.C. § 3161(h)(7)(B)(i) - (iv), I find and conclude as follows:

(1)  That failure to grant a continuance of trial beyond the time prescribed by 18 U.S.C. § 3161(c), even as extended by my orders [#77], [#210], and [#301] would likely result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i);

(2) That due to the nature of the prosecution, the case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the STA within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii);

(3)  That even considering due diligence, failure to exclude additional time for a speedy trial would deny counsel for the government and the defendants the reasonable time necessary for effective pretrial and trial preparation within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv);

(4)  That the time between this status-setting conference and the filing of any motion to sever should be excluded from the computation of the time for a speedy trial; and

(5)  That, therefore, the ends of justice served by excluding additional time outweighs the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

**THEREFORE, IT IS ORDERED** as follows:

1. That any motion to sever shall be filed by May 20, 2011;

2. That the government shall file a response to any timely filed motion to sever within thirty (30) days of the filing of the motion;

3. That the time between today, April 20, 2011, and the time a motion to sever is filed shall be excluded from the time for a speedy trial under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-74; and

4. That based on the facts presented, reasons stated, arguments advanced, and authorities cited by the parties in any motion to sever and response, the court reserves discretion to commission further briefing and/or to set the matter for hearing at which the court may receive evidence and argument.

Done in chambers April 20, 2011, to confirm, expatiate, and supplement the scheduling orders discussed in open court on April 20, 2011.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge