IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. RICHARD SANTIAGO,
 a/k/a Chuco
2. SILVESTRE MAYORQUI RIVERA,
 a/k/a Chikali,

 Defendants.

---

# MINUTE ORDER[1]

---

On September 14, 2011, the court conducted a telephonic setting conference to set oral argument on the motions to sever, #349 and #350. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **September 26, 2011**, commencing at 8:30 a.m., the court shall hear oral argument on **Defendant Santiago's Motion To Sever Defendants** [#349][2] and **Defendant Rivera's Motion To Sever Defendants** [#350] both filed May 20, 2011. The court reserves one (1) hour for this hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendants' appearances for this hearing.

Dated: September 14, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#349]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.