**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Case No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  SILVESTRE MAYORQUI RIVERA,
     a/k/a Chikali,

      Defendant.

### ORDER GOVERNING THE CUSTODY OF HEARING EXHIBITS

**Blackburn, J.**

To provide for the retention of the exhibits admitted or otherwise used during the hearing on March 1, 2013,

**IT IS ORDERED** as follows:

1.  That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at hearing by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

2.  That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

Dated at Denver, Colorado this 7th day of March, 2013.

                                                             **BY THE COURT:**

                                                             */s/ Robert E. Blackburn*
                                                             Robert E. Blackburn
                                                             United States District Judge