**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 10-cr-00164-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  SYLVESTRE MAYORQUI RIVERA,

      Defendant.

---

### ORDER PRESCRIBING JURY SELECTION PROTOCOL

---

**Blackburn, J.**

      Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall be used by the court and the parties in the selection of the jury in the trial of this case.

      Dated April 2, 2015, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Bob Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge