**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  10–cr–00164–REB–2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  SILVESTRE MAYORQUI RIVERA,

      Defendant.

---

**ORDER DIRECTING THE FILING OF
A NOTICE OF APPEAL**

---

**Blackburn, J.**

At the conclusion of the sentencing hearing on June 19, 2015, the defendant requested that I direct the clerk of the court to enter his notice of appeal.[1]

**THEREFORE, IT IS ORDERED** that on the filing of the Judgment in a Criminal Case, the clerk of the court shall prepare and file immediately a notice of appeal on behalf of the defendant, Silvestre Mayorqui Rivera.

Dated June 19, 2015 at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      */s/ Bob Blackburn*
                                                      Robert E. Blackburn
                                                      United States District Judge

---

[1] *See* Fed. R. Crim. P. 32(j)(2), which provides that at defendant's request, the clerk must prepare and file immediately a notice of appeal on defendant's behalf.